Patrick J. Gorman (SBN 131138)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

*E-FILED ON 11/14/05*

Attorneys for Plaintiff
PROFESSIONAL ASBESTOS REMOVAL CORPORATION a California corporation, dba PARC ENVIRONMENTAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PROFESSIONAL ASBESTOS REMOVAL CORPORATION a California corporation, dba PARC ENVIRONMENTAL,<br><br>Plaintiff,<br><br>v.<br><br>EXPLORE GENERAL, INC. a California corporation; and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>Defendants. | Case Number CO5-02868 HRL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:   November 15, 2005<br>Time:  1:30 p.m.<br>Dept.:  2 |

      The basis for this Stipulation and Order to Continue the Case Management Conference is the following agreed upon facts by the parties to this Stipulation.

      Plaintiff Professional Asbestos Removal Corporation ("PARC") and Defendant Explore General, Inc. ("Explore") have reached a tentative settlement subject to being reduced to writing. A draft settlement agreement was prepared by PARC and submitted to counsel for Explore on October 21, 2005. The parties anticipate that the settlement agreement will be finalized and signed within the next 30 days. At this time, it is anticipated that payment of the settlement proceeds will take place shortly after January 1, 2006. A dismissal of the entire action

1  will be filed upon receipt of the settlement funds.  In the event that the settlement agreement is
2  not finalized within the next 30 days, the parties have agreed to submit the matter to mediation
3  before a mutually agreeable mediator that works out of the Fresno area where both parties are
4  located.  The mediation would take place within the next 90 days.
5      Based upon these facts:
6      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and
7  Defendants through their respective counsel of record, as follows:
8      1.    That the Case Management Conference set for November 15, 2005 at 1:30
9  p.m. in Department 2 be continued to January 17, 2006 or any date thereafter that is convenient
10 to the Court.
11     The Stipulation may be signed by the attorneys in counterpart, and by original,
12 photocopy or facsimile signatures.

13

14 Dated: November ____, 2005        **WILD, CARTER & TIPTON**
        A Professional Corporation
15

16         By _____
        PATRICK J. GORMAN
17         Attorneys for PROFESSIONAL
        ASBESTOS REMOVAL
18         CORPORATION, dba PARC
        ENVIRONMENTAL
19

20 Dated: November_ __, 2005
21
22         _____
        MYRON SMITH,
23         Attorney for EXPLORE GENERAL,
        INC.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

PURSUANT TO THE STIPULATION and agreement of the parties through their attorneys of record and good cause appearing therefore,

IT IS ORDERED that:

1. That the Case Management Conference scheduled for November 15, 2005 is continued to January 17, 2006 (~~xxxxxxxxxxxxxxxxxxxxxxxx~~) at 1:30 p.m. in ~~Department~~ **Courtroom** 2 of this Court.

**2. The parties' joint case management statement shall be filed no later than January 10, 2006.**

**3. Any party who has not yet done so shall file either a consent or declination to proceed before a United States Magistrate Judge no later than January 10, 2006.**

**Dated:   November 14, 2005**          **/s/ Howard R. Lloyd**
                                        **United States Magistrate Judge**

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704