Patrick J. Gorman (SBN 131138)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Attorneys for Plaintiff
PROFESSIONAL ASBESTOS REMOVAL CORPORATION a California corporation, dba PARC ENVIRONMENTAL

*E-FILED ON 1/13/06*

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PROFESSIONAL ASBESTOS REMOVAL CORPORATION a California corporation, dba PARC ENVIRONMENTAL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPLORE GENERAL, INC. a California corporation; and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case Number CO5-02868 HRL<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date: January 17, 2006<br>Time: 1:30 p.m.<br>Dept.: Courtroom 2 |

**TO THE HONORABLE HOWARD R. LLOYD:**

　　　　Plaintiff, Professional Asbestos Removal Corporation dba PARC Environmental ("PARC") hereby respectfully requests that its counsel, the law firm of Wild, Carter & Tipton, be allowed to attend the January 17, 2006 Case Management Conference via telephonic appearance.

　　　　This request is based upon the fact that PARC's counsel is located in Fresno County, California, which is approximately 150 miles away from the District Court. Considering that the case has been tentatively settled (pending receipt of the signed settlement agreement from

REQUEST FOR TELEPHONIC APPEARANCE

Explore General), the costs associated with its counsel making a personal appearance are unnecessarily burdensome.

Dated: January ____, 2006                    Respectfully submitted,

                                        **WILD, CARTER & TIPTON**
                                        A Professional Corporation

                                        By _____
                                              PATRICK J. GORMAN
                                              Attorneys for PROFESSIONAL
                                              ASBESTOS REMOVAL
                                              CORPORATION, dba PARC
                                              ENVIRONMENTAL

## **ORDER**

      IT IS ORDERED that:

      1.    Plaintiff's counsel, the law firm of Wild, Carter & Tipton be allowed to attend the Case Management Conference scheduled for January 17, 2006 at 1:30 p.m. in Department 2 of this Court via telephonic appearance.

Dated: _____ January 13 , 2006

                                        /s/ Howard R. Lloyd
                                        HOWARD R. LLOYD
                                        United States Magistrate Judge

REQUEST FOR TELEPHONIC APPEARANCE