*E-FILED ON 4/25/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROFESSIONAL ASBESTOS REMOVAL CORPORATION, dba PARC ENVIRONMENTAL,<br><br>    Plaintiff,<br>  v.<br><br>EXPLORE GENERAL, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>    Defendants.<br>                                                        / | No. C05-02868 HRL<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

On April 25, 2006, this court held a case management conference. Plaintiff's counsel and counsel for defendant International Fidelity Insurance Company were present. There was no appearance by defendant Explore General, Inc. Based on the discussion held at the conference, IT IS ORDERED THAT:

    1.    **No later than May 9, 2006**, and assuming that the parties have not fully settled this matter by then, Explore General, Inc. shall file its answer or other response to the complaint or plaintiff shall seek entry of default as to Explore General, Inc.

    2.    This matter is continued to **May 23, 2006, 1:30 p.m.** for a further case management conference. The parties' joint case management statement shall be filed by

1 | **May 16, 2006**.

2 | Dated:   April 25, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**5:05-cv-2868 Notice will be electronically mailed to**:

Patrick John Gorman pgorman@wctlaw.com, cortiz@wctlaw.com

David L. Lynch DLLynch@rkmc.com, reirajpanah@rkmc.com

David C. Veis dcveis@rkmc.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.