*E-FILED ON 5/23/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PROFESSIONAL ASBESTOS REMOVAL CORPORATION, dba PARC ENVIRONMENTAL,<br><br>    Plaintiff,<br>  v.<br><br>EXPLORE GENERAL, INC. and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>    Defendants.<br>_____/ | No. C05-02868 HRL<br><br>**ORDER SEVERING AND STAYING CLAIMS AGAINST DEFENDANT EXPLORE GENERAL, INC.** |

Plaintiff Professional Asbestos Removal Corporation, dba Parc Environmental ("Parc") and defendant International Fidelity Insurance Company ("IFIC") have voluntarily consented to proceed before a magistrate judge, including for trial and the entry of final judgment, pursuant to 28 U.S.C. § 636(c). Default has been entered against the remaining defendant, Explore General, Inc.

A magistrate judge may conduct civil proceedings and order the entry of judgment if the parties consent. 28 U.S.C. § 636(c); FED.R.CIV.P. 73; see also, e.g., Binder v. Gillespie, 184 F.3d 1059, 1063 (9th Cir. 1999) (concluding that magistrate judge had jurisdiction to enter final judgment as between consenting parties, despite lack of written consent from defaulting defendants).

1  Under Fed.R.Civ.P. 21, a court has discretion to sever parties or any claims against a
2 party "on such terms as are just." See FED.R.CIV.P. 21 ("Parties may be dropped or added by
3 order of the court on motion of any party or of its own initiative at any stage of the action and
4 on such terms as are just.  Any claim against a party may be severed and proceeded with
5 separately").

6  In this case, Parc states that it is willing to defer seeking default judgment against
7 Explore General, Inc. while it pursues its claims against IFIC.  Accordingly, and with the
8 concurrence of Parc and IFIC, the court concludes that severance of the claims against Explore
9 General, Inc. will prevent any further delay in the adjudication of the claims between plaintiff
10 and defendant IFIC.  Further, the court finds that no substantial right will be impaired by the
11 severance.  Accordingly, all claims against Explore General, Inc. are SEVERED, and the action
12 is STAYED with respect to it.

13  IT IS SO ORDERED.

14 Dated:   May 23, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-2868 Notice will be electronically mailed to:**

Patrick John Gorman pgorman@wctlaw.com, cortiz@wctlaw.com

David L. Lynch DLLynch@rkmc.com, reirajpanah@rkmc.com

David C. Veis dcveis@rkmc.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.