| | |
|---|---|
| Patrick J. Gorman (SBN 131138) **WILD, CARTER & TIPTON** A Professional Corporation 246 West Shaw Avenue Fresno, California 93704 Telephone: (559) 224-2131 Facsimile: (559) 229-7295 E-mail: pgorman@wctlaw.com | *ORDER E-FILED ON 8/21/2006* |

Attorneys for Plaintiff
PROFESSIONAL ASBESTOS REMOVAL CORPORATION a California corporation, dba PARC ENVIRONMENTAL

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PROFESSIONAL ASBESTOS REMOVAL CORPORATION a California corporation, dba PARC ENVIRONMENTAL,<br><br>Plaintiff,<br><br>v.<br><br>EXPLORE GENERAL, INC., a California corporation; and INTERNATIONAL FIDELITY INSURANCE COMPANY,<br><br>Defendants. | Case Number CO5-02868 HRL<br><br>**STIPULATION FOR ENTRY OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)** |

Plaintiff Professional Asbestos Removal Corporation dba PARC Environmental and defendant International Fidelity Insurance Company hereby request that the court dismiss this action in its entirety, with prejudice as to defendant International Fidelity Insurance Company and without prejudice as to defendant Explore General, Inc. (whose default was taken on May 5, 2006). This request is made pursuant to F.R.C.P. 41(a)(1).

///

///

///

Stipulation for Entry of Dismissal

| | | |
|---|---|---|
| 1 | Dated: August 16, 2006 | **WILD, CARTER & TIPTON**<br>A Professional Corporation |
| 2 | | |
| 3 | | By /s/ Patrick J. Gorman |
| 4 | | PATRICK J. GORMAN<br>Attorneys for PROFESSIONAL<br>ASBESTOS REMOVAL CORPORATION, |
| 5 | | dba PARC ENVIRONMENTAL |
| 6 | Dated: August 16, 2006 | **ROBINS, KAPLAN, MILLER & CIRESI** |
| 7 | | |
| 8 | | By /s/ David L. Lynch |
| 9 | | DAVID L. LYNCH<br>Attorneys for INTERNATIONAL |
| 10 | | FIDELITY INSURANCE COMPANY |

IT IS SO ORDERED:

Dated: August 21, 2006

_____
THE HONORABLE HOWARD R. LLOYD

WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704

2

Stipulation for Entry of Dismissal